FILED
2016 Oct-03 PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-16-HSD-1624-NE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

### APPLICATION UNDER SECTION 706 (f)
### OF CIVIL RIGHTS ACT OF 1964

FILED

2016 OCT -3 A II: 54

U.S. DISTRICT COURT
N.D. OF ALABAMA

Declaring that the information I have given below is true and correct, I apply to this court

for:

(√) appointment of an attorney.

(√) authority to commence an action without prepayment of fees, costs, or security.

## l. Personal and Financial Data

Your full name and present mailing address:

Allen Dewayne Malone

709 Ambrose Dr.

Madison Al, 35758

Telephone (if any): 256-226-1906

Are you presently employed? Yes √ No _____

If the answer is "yes", give the name and address of your employer and the amount of your

usual weekly salary or wages.

Self Employed for IPP Payments All Commissons range
from 0-350⁰⁰ weekly

Weekly earnings: $ 0 - 350 ⁰⁰

If you are not presently employed, give the name and address of your last employer, when

you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: _____

Weekly earnings: $ _____

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?

30,000 _____

as interest, dividends, rents, or investment income of any kind?

∅ _____

as gifts or inheritance?

∅ _____

_____

from social security, unemployment compensation, or any form of state or federal welfare

payments or benefits?

∅ _____

_____

from pensions, annuities, workmen's compensation, disability or other insurance policies?

∅ _____

_____

from all other sources?

∅ _____

_____

How much money do you own or have in any checking or saving accounts? 1000 $^{00}$

combined _____

Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? __1 car  87 olds.__

If the answer is "yes", describe the property and state its approximate value: _____

__1987 oldsmobile Cutlass $1500 ⁰⁰ value__

How much money do you owe to others?

__30,000 - 50,000__

As to each debt over $100, state the name of the creditor and the approximate amount owed:

__Merrick Bank, 1000 ⁰⁰__

__Capital One - 20000__

__Medical Bills, Dental, - 10,000 ⁰⁰__

List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

__Tenika Malone , Darius Johnson, D'Asia Malone__
__wife                          son                    Daughter__

Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?....... Yes ___ No _✓_

If the answer is "yes", give the following information for each such person:

Name _Tenika Malone_

Relationship _Wife_

Employer _Athens City_

Weekly earnings $ _500 ⁰⁰_

Name _____

Relationship _____

Employer _____

Weekly earnings $ _____

Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

_I was let go from my job of a year in which I made over 2,000⁰⁰ a month and now I struggle to pay Rent, GAS, lights a month._

(Attach additional sheets as needed)

## Nature of Alleged Discrimination

Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices.

_Sheets Attached!_

Have you filed with the Equal Employment Opportunity Commission (EEOC) a Charge relating to such practices?........ Yes ✓ No ____

If "yes", attach a copy of each such Charge.

Have you received from the EEOC a letter notifying you of your right-to-sue respecting such Charges? ........... Yes ✓ No ____

If "yes", attach a copy of such letter and notice, and state when you received the same.

Date Received: ___July 16"___

Have you received from the EEOC a copy of its Determination with regard to your Charges? Yes ✓ No ____ .

If "yes", attach a copy of such Determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why.

The only thing I disagree with is I feel my case wasn't fully investigated due to all notes and evidence I have that wasn't collected but I have. I had 2 people assigned to case in which the 1st person assigned quit working at the EEOC office with out contacting me about my case. Then my case was given to second person who didn't ask for my evidence but said I had right to sue.

Any other informational you desire to disclose which supports your claim of discriminatory employment practices.

Yes Attached!

(Attach additional sheets as needed)

**Efforts to Obtain Attorney**

(To be completed if requesting appointment of an attorney)

Have you talked with any attorney about handling your claim? Yes ✓ No ___

If "Yes", give the following informational about each attorney with whom you talked:

Attorney: Anderson Law Firm — Montgomery Al — then Referred to Attorney John Campbell — Huntsville Al.

When: Sept. 23, 2016

Where: Huntsville Al

How (by telephone, in person, etc): _____

Attorney: Charles C. Anderson

File Number - 256684
256645

_____

_____

_____

_____

Where: _____How (by telephone, in person, etc)

Why attorney was not employed to handle your claim:

Attorney:

_____

_____

_____

When: _____

Where: _____

How: _____

Why attorney was not employed to handle your claim: _____

_____

_____

Explain any other efforts you have made to contact an attorney to handle your claim.

_____

_____

_____

Any other information which supports your application for the court to appoint an attorney

. for you: _____

_____

_____

_____

Name and address of each attorney who has represented you in the last 10 years for any purpose: _None_____

_____

_____

_____

(Attach additional sheets as needed)

· **Attestation and Signature**

Under penalty of perjury I declare that the information given on the preceding ___ pages is true and correct.

Dated: 10-2-16          _Allen Malone_____

**SIGNATURE**

**WITNESSES:**

_Darius Johnson_____